1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov
8
9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-12-00800 PJH
                                       )
14       Plaintiff,                    )   STIPULATED REQUEST TO ADVANCE
                                       )   HEARING DATE TO NOVEMBER 19,
15       v.                            )   2012
                                       )
16  HARRY SHEPHERD LEWIS, JR.,         )   Date:  November 21, 2012
                                       )   Time:  9:30 a.m.
17       Defendant.                    )   Court: Hon. Donna M. Ryu
                                       )
18

19       The above-captioned matter is set on November 21, 2012 at 9:30 a.m. before this Court

20  for an arraignment.  The parties request that this matter be advanced to November 19, 2012 for

21  the same purpose.

22  DATED: November 15, 2012

23

24
      ____/s/_____        ____/s/_____
25    JAMES C. MANN                         MICHAEL P. THORMAN
      Assistant United States Attorney      Counsel for Defendant
26    Counsel for United States

27

28

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 19, 2012
No. CR-12-00800 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00800 PJH |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO ADVANCE HEARING DATE TO NOVEMBER 19, 2012 |
| v. | ) ) | |
| HARRY SHEPHERD LEWIS, JR., | ) ) | Date: November 21, 2012 |
| Defendant. | ) ) | Time: 9:30 a.m. |
| | ) | Court: Hon. Donna M. Ryu |

The above-captioned matter is set on November 21, 2012 at 9:30 a.m. before this Court for arraignment. The parties request that this matter be advanced to November 19, 2012 for the same purpose.

**IT IS HEREBY ORDERED** that the hearing in this matter is advanced from November 21, 2012 to November 19, 2012 at 9:30 a.m.

DATED: 11/16/12

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 19, 2012
No. CR-12-00800 PJH