Michael P. Thorman, State Bar No. 63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste. 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
michael@btbandb.com

Attorneys for defendant Harry Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY SHEPHERD LEWIS,<br><br>Defendant.<br>_____/ | No. CR 12-00800 PJH<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |

Based on the approval of the parties and good cause appearing it is Ordered that the defendant's release conditions be modified as follows:

1. The defendant be permitted to travel to Toronto, Canada from December 12, 2013 through and including December 19, 2013.

2. The defendant shall submit his travel itinerary, including his airline and accommodation reservations, to pretrial services and to Assistant US Attorney James Mann prior to his travel.

3. Defendant shall report to pretrial services on December 20, 2013 for drug testing.

4. All other conditions of pretrial release will remain in effect.

Dated: 9/16/13

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

Unopposed Mtn Modify Release Conditions
CR 12-00800 PJH